**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ex parte Mack Watson

Appellate case number:   01-19-00637-CR

Trial court case number:  1640628

Trial court:             263rd District Court of Harris County

　　　　This is an appeal from the denial of an application for habeas corpus.  Rule 31.1 provides that when an appellate court receives the record, it may set the time for filing briefs. *See* TEX. R. APP. P. 31.1.

　　　　Accordingly, we **order** appellant to file a brief **within 20 days of the date of this order**. The state's brief **will be due 20 days after appellant's brief is filed**.

　　　　It is so ORDERED.

Judge's signature: _____ /s/ Russell Lloyd_____
　　　　　　　　　　　　　Acting individually

Date:  January 28, 2020